UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| RONALD ALVERSON and SCS CARBON TRANSPORT LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MCPHERSON COUNTY, SOUTH DAKOTA et al.,<br><br>Defendants. | No. 3:22-CV-03022-RAL<br><br>**STIPULATION OF DISMISSAL** |

The challenged moratorium in this case was lifted by the McPherson County Commission at the September 21, 2023, meeting of the McPherson County Commission. Therefore, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice, with Plaintiffs and Defendants each to bear their own fees and costs.

[SIGNATURES ON NEXT PAGE]

DATED, this 22nd day of September, 2023.    DATED, this 22nd day of September, 2023.

MAY, ADAM, GERDES & THOMPSON LLP

BY: _____
BRETT KOENECKE
JUSTIN L. BELL
CODY L. HONEYWELL
CASH E. ANDERSON
P.O. Box 160
Pierre, SD 57501-0160
(605) 224-8803
brett@mayadam.net
jlb@mayadam.net
cody@mayadam.net
cea@mayadam.net

BRIAN D. BOONE (*pro hac vice*)
MICHAEL R. HOERNLEIN (*pro hac vice*)
MATTHEW P. HOOKER (*pro hac vice*)
**ALSTON & BIRD LLP**
1120 S. Tryon St., Ste. 300
Charlotte, NC 28203
(704) 444-1000
brian.boone@alston.com
michael.hoernlein@alston.com
matthew.hooker@alston.com

*Counsel for Plaintiffs*

RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP

BY: _____
JOSHUA K. FINER
RYAN S. VOGEL
One Court Street
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No. 605-225-6310
Email: jfiner@rwwsh.com
        RVogel@rwwsh.com

*Attorneys for Defendants*

2