UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| RONALD ALVERSON, SCS CARBON TRANSPORT LLC,<br><br>          Plaintiffs,<br><br>   vs.<br><br>MCPHERSON COUNTY, SOUTH DAKOTA, MCPHERSON COUNTY BOARD OF COMMISSIONERS, ANTHONY KUNZ, IN HIS OFFICIAL CAPACITY AS MCPHERSON COUNTY COMMISSIONER; RICK BEILKE, IN HIS OFFICIAL CAPACITY AS MCPHERSON COUNTY COMMISSIONER; DELMAR METZGER, IN HIS OFFICIAL CAPACITY AS MCPHERSON COUNTY COMMISSIONER; SID FEICKERT, IN HIS OFFICIAL CAPACITY AS MCPHERSON COUNTY COMMISSIONER; AND JEFF NEUHARTH, IN HIS OFFICIAL CAPACITY AS MCPHERSON COUNTY COMMISSIONER;<br><br>          Defendants. | 3:22-CV-03022-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On September 22, 2023, the parties filed a Stipulation of Dismissal, Doc. 18. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed without prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 25th day of September, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE